## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

VESTER HARRISON ROBISON, III; and
LASER MAPPING SPECIALISTS, INC.,

                      Plaintiffs,

              -against-

TOM CAWLEY'S AVIATION SERVICE,
LTD. d/b/a CAWLEY'S AVIATION
SERVICE; THOMAS P. CAWLEY; N.40.,
INC; MICHAEL L. TRAVIS; TRIAD
AVIATION, INC.; TRIAD ENGINES,
PARTS & SERVICES, INC.; GIBSON &
SONS, INC. d/b/a GIBSON AVIATION; and
GIBSON AVIATION, LLC d/b/a GIBSON
AVIATION,

                      Defendants.

Case No.: 7:17-cv-03440

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, Plaintiffs VESTER HARRISON ROBISON, III and LASER MAPPING SPECIALISTS, INC., by and through their Counsel, will move this Court before the Honorable Vincent L. Briccetti, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time and date to be set by the Court, for an order pursuant to 28 U.S.C. § 1447 remanding this case to the Supreme Court of New York, Dutchess County and granting Plaintiffs costs and attorneys' fees in the amount of nine thousand dollars and such other relief against Defendants as the Court deems just.

2

Dated:  New York, New York
       May 31, 2017

Respectfully submitted,

**NAPOLI SHKOLNIK PLLC**

_____

Hunter J. Shkolnik, Esq.
360 Lexington Avenue
Eleventh Floor
New York, NY 10017
Telephone: (212) 397-1000
Facsimile: (646) 843-7603
Email: Hunter@NapoliLaw.com

*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on May 31, 2017 a copy of the foregoing was served via electronic mail upon all counsel of record.

/s/ Hunter J. Shkolnik

Hunter J. Shkolnik